IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~MARYLAND~~ COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2023 FEB 14 P 4: 24

RECEIVED

| Anny Ngo Youmba | **Complaint for Employment Discrimination** |
|---|---|
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ *(to be filled in by the Clerk's Office)*<br><br>Jury Trial: ☑ Yes ☐ No<br>*(check one)* |
| -against-<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION<br>Callin C. Mote<br>Fabiola M. Copa Montes<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:23-cv-00425 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 2/14/2023<br>Description: Employ. Discrim. (H-DECK) |

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Anny Ngo Youmba |
   | Street Address | 1604 Q St NW # 507 |
   | City and County | Washington, District of Columbia |
   | State and Zip Code | District of Columbia, 20009 |
   | Telephone Number | 405-595-6125 |
   | E-mail Address | janet_any@yahoo.fr |

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION |
   | Job or Title (if known) | Corporation |
   | Street Address | 1111 Polaris Parkway |
   | City and County | Columbus, Franklin County |
   | State and Zip Code | Ohio, 43240 |
   | Telephone Number | 212-270-1587 |
   | E-mail Address (if known) | robin.leopold@jpmchase.com |

Defendant No. 2

| | |
|---|---|
| Name | Callin C. Mote |
| Job or Title (if known) | Branch Manager |
| Street Address | 3527 Connecticut Ave NW |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia, 20008 |
| Telephone Number | 202-756-7602 |
| E-mail Address (if known) | callin.c.mote@chase.com |

Defendant No. 3

| | |
|---|---|
| Name | Fabiola M. Copa Montes |
| Job or Title (if known) | Branch Manager |
| Street Address | 1212 18th St NW |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia, 20036 |
| Telephone Number | 202-920-5277 |
| E-mail Address (if known) | fabiola.copamontes@chase.com |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Chase |
| Street Address | 1212 18th St NW |
| City and County | Washington, District of Columbia |
| State and Zip Code | District of Columbia, 20036 |
| Telephone Number | 202-920-5274 |

3

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:
    _____

- ☐ Relevant state law *(specify, if known)*:
    _____

- ☐ Relevant city or county law *(specify, if known)*:
    _____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Additional pages attached.

4

*[Handwritten at top: Dupont Circle Branch, 1212 18th St NW, Washington, DC 20036]*

### III. Statement of Claim

1. I applied for full-time Branch Manager Trainee 06/16/2021 in Washington DC. I applied for full-time Lead Associate Operations Trainee 07/11/2021 in Washington DC. I applied for part-time Associate Banker 07/06/2021 in Washington DC. A request for additional information was sent to me 07/13/2021 for both full-time Branch Manager Trainee and part-time Associate Banker. I was already under consideration for an interview when they closed the Branch Manager Trainee application for offering me the part-time Associate Banker position 07/21/2021.
2. At the Dupont Circle Branch, 12/02/2021, I asked Branch Manager Callin C. Mote for a transfer to a full-time Associate Banker opening at the Logan Circle Branch after Branch Manager Trainee Fabiola M. Copa Montes called me for a one on one meeting 12/01/2021 and used offensive language. Mote said to wait six months because he was not done training the staff and that I can call the code of conduct reporting anonymously from home.
3. 01/20/2022 I called Human Resources because Branch Manager Trainee Fabiola M. Copa Montes screamed at me while I was counting cash and getting ready to close at the end of my shift at the Dupont Circle Branch.
4. I was told by J.P. Morgan Private Bank executive recruiter Gina Zahlane 01/21/2022 in response to my email from 01/20/2022 that if I am currently employed the 2022 Re-Entry Program is not a fit. I applied for Business Relationship Manager I and re-applied for Branch Manager Trainee, they were both closed in less that 24 hours.
5. 01/21/2022 I anonymously called the code of conduct reporting from home because Branch Manager Trainee Fabiola M. Copa Montes was sharing my information with other employees.
6. 01/24/2022 I emailed Head of Human Resources Robin Leopold about the Branch Manager Trainee program, the Business Relationship Manager I and the Re-Entry program. Branch Manager Callin C. Mote put me on paid administrative leave at the Dupont Circle Branch and said it will take a couple of days to investigate my allegations. I returned 01/27/2022 but Mote said not to come back to that location and wait until he contacts me.
7. 01/24/2022 I called the code of conduct reporting and told them about the offensive language Branch Manager Trainee Fabiola M. Copa Montes used toward me, which I reported to Branch Manager Callin C. Mote back on 12/02/2021.
8. 03/03/2022 Branch Manager Callin C. Mote told me I had until 03/07/2022 to return to work.
9. 03/04/2022 I return to work at the Dupont Circle Branch and did not get paid for that pay period. I reset my password and it was working until Lead Associate Operations Kenya Lorick, Branch Manager Fabiola M. Copa Montes and Associate Banker Hayden Johnston made me reset it again and from a different computer then I got locked out of the system.
10. 03/05/2022 I worked and did not get paid for that pay period. A manager needed to update my timesheet so I emailed Branch Manager Callin C. Mote. He told me to ask Fabiola M. Copa Montes who had just transitioned to Branch Manager. I had missing pay from the paid administrative leave that she refused to correct.
11. 03/07/2022 Branch Manager Fabiola M. Copa Montes and Branch Manager Callin C. Mote used management pressure to make me sign a written warning 3 times that day. They both said it's because of the password reset which did not match the statement on the written warning. Technical support told me to wait 72 hours for the system to update my information then they can give me access.
12. 03/24/2022 There was an incident involving a male entering a restroom I was using during my lunch break. *[Handwritten: 1916 M St NW, Washington, DC 20036]*
13. 03/25/2022 I was not scheduled to work Teller Express at the Dupont Circle Branch but Branch Manager Fabiola M. Copa Montes asked me to cover lunch for Associate Banker Vanelle Y.

Nganpe who already had a cash difference. The CR machine was short $1,400. I asked Associate Banker Hayden Johnston to recount the money in my cashbox, there was no cash difference. Branch Manager Fabiola M. Copa Montes used management pressure and forced me to accept the $1,400 cash difference even though Associate Banker Hayden Johnston said she can just sell the cash difference to the CR machine. Montes said she will report me if I don't accept the cash difference but she can fix it and explain later if I accept.

14. 03/26/2022 I was taking the Supervisor Override Training about cash difference at the Dupont Circle Branch. Branch Manager Fabiola M. Copa Montes interrupted me and screamed at me so I asked about the $1,400 cash difference she transferred to me, she refused to explain. Montes interrupted my training again and was still screaming so I asked about the manager's approval letter requested for my Wealth Management Advisor Development Program application to move forward. Montes told me to quit and told security to make me leave before the end of my shift.

15. 03/30/2022 I had a phone meeting with Employee Relations Beth Harrel at the Dupont Circle Branch about the written warning. She said I did not have to accept the written warning and could reject it online but Branch Managers Callin C. Mote and Fabiola M. Copa Montes did not give me that option. I told Harrel about the $1,400 cash difference Fabiola M. Copa Montes forced me to accept. I told Harrel about Montes telling me to quit when I asked for the manager's approval letter. Harrel said I can get the manager's approval letter from the Market Director.

16. 03/30/2022 I emailed Market Director Erik S. Drucker, asked for the manager's approval letter and told him about Branch Manager Fabiola M. Copa Montes forcing me to accept the $1,400 cash difference and telling me to quit. Drucker responded that he needed to do some research.

17. 03/31/2022 I had a phone meeting with Human Resources about the report I created with HrAnswers 03/30/2022. I reported Fabiola M. Copa Montes for making me leave before the end of my shift 03/26/2022. I reported missing pay for 03/04/2022, 03/05/2022 and the paid leave that both Fabiola M. Copa Montes and Kenya Lorick refused to correct. Human Resources requested I put my statement in writing when I mentioned an incident involving a male entering a restroom I was using during my lunch break 03/24/2022. I included the names of Fabiola M. Copa Montes, Kenya Lorick and Private Client Banker Terry Michel who is also manager on duty. Fabiola M. Copa Montes interrupted me while I was still typing and tried to physically stop me from sending my notes. Terry Michel joined Montes and they both made me leave the branch. Branch Manager Fabiola M. Copa Montes told security to take my keys and said to me not to go near any Chase Bank until they contact me. I called Human Resources again to let them know before I left.

18. 03/31/2022 I was assaulted by Branch Manager Fabiola M. Copa Montes at the Dupont Circle Branch on 1212 18th St NW, Washington DC, 20036. CCN# 220 44536

19. 04/12/2022 A mail from J.P. Morgan Chase & Co. was left late at night inside my apartment building stating that they could not reach me on a day when I was not scheduled to work. [handwritten: I did not give access to enter.]

20. 04/13/2022 I called the police to be escorted because of the assault on a day I was actually scheduled to work. Branch Manager Callin C. Mote said I was terminated 04/11/2022. I asked Branch Manager Callin C. Mote in front of the police why I cannot go near any Chase Bank as Branch Manager Fabiola M. Copa Montes stated the day she assaulted me. The police said the streets are public and I can walk in front of Chase Bank. Callin C. Mote did not respond. I called Human Resources about the report I submitted 03/31/2022. The case which was sent to Employee Relations was restricted from me.

21. 04/18/2022 I could not file my taxes because Chase Bank would not send my W-2 on time.

22. 01/30/2023 I had to call Chase Bank again because I did not receive my W-2. Two weeks later they said I am not receiving my W-2 because they do not have my apartment number on file.

However, the termination letter I received in the middle of the night had my apartment number on it.

23. 02/09/2023 I found a mail opened in my mailbox that was sent from the DC Office of Human Rights regarding a case against J.P.Morgan Chase Bank soon after I confirmed my apartment number to their Human Resource phone line for my W-2.

1604 Q St NW #
WASHINGTON, DC 20036

12/01/2021 Fabiola M. Copa Montes who was Branch Manager Trainee called for an unschedule meeting. The Branch Manager Collin C. Mote was not there so I said I was not comfortable talking to her one on one she insisted, used offensive language, body shaming, discrimination and raised her voice

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Assault  CC N# 22044536

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/02/21 01/20/22 01/21/22 01/24/22 03/03/22 03/04/22 03/05/22 03/07/22 03/24/22 03/25/22 03/28/22 03/30/22 03/31/22 04/11/22 04/12/22 04/13/22 04/18/22 01/30/23 02/08/23

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race  Direct line of management not
- ☒ color  Branch Manager fabiola M. Copa Montes Commented about
- ☒ gender/sex  Some of the comments n  Skin bleaching while talking to me
- ☐ religion  _____  when she was a trainee
- ☒ national origin  I received an email as
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

full description attached.

D. Defendant(s) discriminated against me based on my (check all that apply and explain): ☒ race _____ ☒ color _____ ☒ gender/sex _____ ☐ religion _____ ☒ national origin _____ ☐ age. My year of birth is _____. (Give your year of birth only if you are asserting a claim of age discrimination.) ☐ disability or perceived disability (specify disability) _____

Race - Direct line of management not diverse. I was denied the Manager Trainee Program with a Bachelors. Branch Manager Fabiola M. Copa Montes did not have an Associate Degree when she started as a trainee.

gender/sex - Some of the comments made by Fabiola M. Copa Montes that I reported to Branch Manager Callin C. Mote when she was a trainee and the code of conduct reporting were based on female characteristics.

national origin - I received an email asking where I was born from the Market Director Erik Drucker's assistant Jane Park days after I started the job. The first day I met Branch Manager Annateresa Semeraro she asked where I was originally from, it was my second day on the job and over a month before they brought in Fabiola M. Copa Montes as a Branch Manager Trainee although I applied back in June and had more education.

Color - Fabiola M. Copa Montes made comment about skin bleaching.

E. The facts of my case are as follows. Attach additional pages if needed.

Discrimination on the basis of sex, race, national origin. & Color
Retaliation for engaging in a protected activity.
Violation of Title VII of the Civil Rights Act of 1964, as amended.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)* EEOC charge attached

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/01/2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☑ issued a Notice of Right to Sue letter, which I received on *(date)* 11/17/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay for 1 year of loss income $45,000.00.

Reinstatement because the defendants' actions created a barrier to employment.

Pain and suffering for trauma caused by the assault $10,000.00.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/14, 2023

Signature of Plaintiff   Anny Ngo Youmba
Printed Name of Plaintiff   Anny Ngo Youmba

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
E-mail Address   _____

8